United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

vs.

D-1 Roland Terrell Chatmon,

D-2 Leica Dorren Lopez Martinez,

D-3 Ieasha Ann Stroman,

D-4 Dnequia Jenise Stroman, and

D-5 Kenneth Paul Anderson,

    Defendants.
_____/

Case No. 25-mj-30612

Hon. David R. Grand

## United States' Written Proffer in Support of Motion for Detention

The defendants plotted and executed a plan to carjack, kidnap, violently assault, and rob, Victim 1 and Victim 2 after Victim 1 received a windfall of $100,000. Over 12 hours on August 31 and September 1, 2025, they put their plan into action. Working together, D-1 Roland Chatmon, D-2 Leica Lopez Martinez, D-3 Ieasha Stroman, and D-4 Dnequia Stroman lured Victim 1 to the east side of Detroit and

1

carjacked and kidnapped him. They stole money from his bank accounts during the kidnapping, and with the help of D-5 Kenneth Anderson, stole more afterwards. They also went to Victim 1's house, threatened and tied up his wife, Victim 2, and stole a safe with more money in it. Later, they left Victim 1 tied up by his truck and set it on fire.

The United States files this written proffer to provide the Court with more details regarding the nature and circumstances of the offenses charged against these five defendants. The United States will supplement this written proffer with additional proffered facts specific to each defendant, their role in the offense, and their history and character during their respective detention hearings. The government will rely on several items for its proffer, including the criminal complaint (ECF No. 1), investigative reports, recorded calls, surveillance video, phone call and phone location records for the defendants, and witness statements. While the complaint contains many details, this document supplements those details and summarizes others, to provide the court with a more complete picture of the offense conduct.

### I. Plotting the crime

Jail calls between Chatmon and his incarcerated brother in the days leading up to the kidnappings show that the plan to rob and kidnap Victim 1 originated with Chatmon. In the days leading up to the kidnapping, Chatmon spoke to his brother and his mother (Victim 2's sister) about the money Victim 1 received. He made statements suggesting he could "get a couple a portions of them dollars" from Victim 1 and Victim 2 by "com[ing] out of retirement."

Chatmon is the common link between all the defendants. He has phone contact with all of them. Lopez Martinez dated Chatmon, and he would often stay at her apartment in Orion Township. Chatmon knows the remaining defendants well. The common link among all the defendants is their connection to Chatmon, and Chatmon is the direct link to Victim 1 and Victim 2, his aunt and uncle.

Phone location records show that Chatmon, Lopez Martinez, Dnequia Stroman, and Ieasha Stroman spent much of August 30, 2025, together. In the evening, the four then travelled together to downtown Detroit and returned early the next morning to the Stroman's hotel

room in Rochester Hills in the white Mazda rental car. Chatmon was driving the Mazda.

## II.     Carjacking and Kidnapping of Victim 1 and Victim 2

The next day, August 31, 2025, the real work started. Around 7:30 p.m., Ieasha and Dnequia Stroman went out to their car in front of their hotel room and tried on different dark colored clothing, in preparation for the kidnapping. Then, Chatmon and Lopez Martinez showed back up in the Mazda around 8:30 p.m. Ieasha and Dnequia Stroman settled on what they would wear and got in the backseat of the Mazda.



*(Dnequia Stroman on the left, holding a shirt with a large graphic, consistent with the shirt she wore later during the kidnapping. Ieasha Stroman is on the right).*

The four drove to Detroit in the Mazda, stopping at a gas station on the west side around 8:30 p.m. Chatmon drove. Lopez Martinez was

4

in the front passenger seat. The Stromans were in the rear. Lopez Martinez went in the store while Chatmon put gas in the car.

  

*Lopez Martinez entering the store (left); Chatmon putting gas in the Mazda. Chatmon is wearing a "camo" baseball hat and a black Nike zip-up jacket with a white shirt visible underneath*

Around 10:00 p.m., phone records show all four defendants near the victim's residence. Video surveillance captured them stopping at a liquor store nearby. The four then returned to Lopez Martinez's house in Orion Township around 11:30 p.m. – 12:15 a.m. on September 1. After 12:15 a.m., phone records show the four heading back towards Detroit. Dnequia Stroman's and Ieasha Stroman's phones were turned off around 1:05 a.m., while en route.

They stopped at a gas station on the east side, not far from the eventual carjacking scene on Filer Ave. around 1:30 a.m. By 1:58 a.m., they were back by Victim 1's residence. Video shows the white Mazda

5

parked nearby, and Lopez Martinez walking up and approaching Victim 1 as he parked at 3:05 a.m. Lopez Martinez got in his car and Victim 1 drove away. The white Mazda, likely driven by Chatmon or one of the Stroman's, followed close behind.

Lopez Martinez lured Victim 1 miles away from home. The others, described by Victim 1 as one male and one or more females, then pointed guns at him, pistol whipped him, and tied and bound him in the back of his own truck. Victim 1 described one of his assailants, consistent with Dnequia Stroman, as being the one who pistol whipped him in the back of the truck. With Victim 1 tied up in the back of his truck, they drove him around and stopped at ATMs to withdraw funds from his account, forcing him to give up his PIN.

Not satisfied with the amount they were able to withdraw, they demanded more money and threatened him again. Victim 1, with few options and facing threats of death against him and his wife, Victim 2, revealed that he had a safe with cash in it at home. The defendants drove back to his house. At 5:00 a.m. two of them went in, armed with guns and pointed them at Victim 2, demanding the safe. They tied up Victim 2, left her in the bathtub, and took the safe.

Video nearby captured two suspects get out of the back of Victim 1's truck and enter the apartment building. The first is a larger person, wearing a black shirt with a large graphic on the front, consistent with the NASA sweatshirt worn by Dnequia Stroman. The other is smaller and appears to be wearing a black jacket with a white shirt visible underneath.

The following series of photos shows the suspects get out of Victim 1's truck and go into and out of the apartment building:



And exiting:



At 5:44 a.m., Lopez Martinez was caught on video withdrawing money from Victim 1's bank account while driving his truck, while Victim 1 was tied up in the back:



The defendants then returned to where they had first lured Victim 1 to carjack and kidnap him. They lit Victim 1's truck on fire in the middle of a residential neighborhood in the middle of the night. At 6:25 a.m., when authorities responded, the truck was engulfed in flames and Victim 1 was still tied up and lying on the ground nearby.

The defendants weren't done. They went to an ATM in Pontiac, and withdrew $400 from the victim's account at 7:20 a.m. The white Mazda parked nearby, and Dnequia Stroman and Chatmon went up to the ATM:



*(Chatmon, wearing the Nike jacket and camo hat he had on earlier on the left, Dnequia Stroman wearing the NASA sweartshirt on the right)*

They then tried to use the victim's phone to transfer money from his Cash App account to a fake account created using a TextNow number set up by Lopez Martinez but were unsuccessful. Next, they all met up together with D-5 Kenneth Anderson, at or around his house. They transferred $4396 from Victim 1's Cash App account to

9

Anderson's. Anderson then transferred $3437 from his Cash App account to D-3 Ieasha Stroman's.

At 8:52 a.m., the four returned to the Stroman's hotel room in Rochester Hills in the white Mazda. Dnequia Stroman got out of the car, wearing the NASA sweatshirt.



Chatmon also got out of the Mazda, and can be seen again wearing the same camo hat:



10

### III. Defendants' specific roles in the offense

The defendants are all charged in a conspiracy. All participated in the conspiracy and are legally responsible for the actions of their co-conspirators, but each served a different role in the offense and aided in different ways. Below, the government highlights specific actions for which there is proof for each conspirator. For some of the conduct during the kidnapping, it is still unknown who precisely did what (for example, who helped tie up Victim 1, who helped set fire to his truck, who pointed the guns at various times, etc.). But, Chatmon, Lopez Martinez, Dnequia Stroman, and Ieasha Stroman were together the entire time, and each aided and conspired and committed acts in furtherance of the conspiracy.

<u>Chatmon</u>

The conspiracy originated with Chatmon, and Chatmon played a key role in the conspiracy. He likely supplied firearms, recruited the other participants, and directly participated in the carjacking, kidnapping, and home invasion.

Victim 1 described one male suspect during the carjacking and kidnapping. Victim 2 described a larger female suspect and smaller

male suspect who came into her home armed with guns and tied her up to steal the safe. All of the evidence shows that only one male was involved in the carjacking, kidnapping, and home invasion parts of the offense: Roland Chatmon.

Chatmon was arrested at a house on Mary Grove in Detroit, where he stayed regularly, and the house was searched. Agents found a firearm under the pillow in the bed he slept in. Agents also found a box of .38 special ammo missing 5 rounds, but did not find a .38 special revolver.

Lopez Martinez

Lopez Martinez lured Victim 1 to the carjacking scene, drove his truck while he was tied up in the back, withdrew money from his account, and otherwise aided and continued to participate in the offense with full knowledge of what was being done to Victim 1 and Victim 2.

The victims described one of the kidnappers having an assault rifle and others having handguns. Agents recovered a loaded assault rifle at Lopez Martinez's residence along with a .38 special revolver (loaded with 5 rounds of the same make and model as the box of ammo

12

where Chatmon was in Detroit), both in the closet with some of the clothing worn by Chatmon during the kidnapping.

Dnequia Stroman

Dnequia Stroman, identified by the NASA sweatshirt she wore the day of the kidnapping, went into Victim 2's residence with a gun, tied her up, and stole the safe. She also participated in the carjacking and kidnapping of Victim 1, pistol whipping Victim 1, and was present with her co-conspirators for the duration. Two handguns were found in her hotel under the bed where she and her wife, Ieasha Stroman slept. Agents recovered the NASA sweatshirt from the hotel room next to hers after her arrest.

Ieasha Stroman

Ieasha Stroman was with the other co-conspirators throughout the night. She was there for the carjacking and kidnapping. Video of the victim's truck at the ATM shows a smaller person ducked down in the front passenger seat. This leaves two other suspects in the back of the truck, holding the victim. The victim described those suspects threatening him and pistol whipping him. Ieasha Stroman participated in these crimes.

Ieasha Stroman also received money from the Victim's Cash App account after the kidnapping, after it was first sent to Anderson.

### Kenneth Anderson

Anderson has ties to Chatmon dating back well before the kidnapping. On the day of the kidnapping, around 10:15 a.m., Chatmon called Anderson. 30 minutes later, Chatmon and the others went to Anderson's home in Pontiac. $4,396 was transferred from Victim 1's Cash App account to Anderson, and three minutes later, $3,437 was transferred from Anderson to Ieasha Stroman.

## IV.  Conclusion

These five defendants all conspired and agreed to commit a particularly heinous crime together. Chatmon, Lopez Martinez, Dnequia Stroman, and Ieasha Stroman violently carjacked and kidnapped Victim 1, and held him for 3 hours. In the midst of the kidnapping of Victim 1, two of them invaded Victim 1 and 2's home and tied up Victim 2 and stole a safe. They withdrew money from his bank accounts and reached out to Kenneth Anderson for help transferring more money from his Cash App account immediately afterwards. Each

of these defendants is a danger to the community or any other person and should be detained pending trial.

                                Respectfully submitted,

                                JEROME F. GORGON JR.
                                United States Attorney

                                *s/Andrew R. Picek*
                                Andrew R. Picek
                                Diane Princ
                                Assistant United States Attorneys
                                211 W. Fort Street, Suite 2001
                                Detroit, MI 48226
                                Phone: (313) 226-9652
                                E-Mail: andrew.picek@usdoj.gov

Dated: September 30, 2025

**Certificate of Service**

I certify that on September 30, 2025, I filed the foregoing document with the Clerk of the Court via the Court's CM/ECF system, which will provide notification of such filing to all counsel of record.

                                       *s/Andrew R. Picek*
                                       Andrew R. Picek
                                       Assistant U.S. Attorney